UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:08-cr-00006-LRH-RAM |
| Plaintiff, | ) | |
| | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | June 17, 2010 |
| DARIN JEROME FRENCH and JENNIFER | ) | |
| LYNN FRENCH, aka JENNIFER THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):            NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

 Plaintiff having filed an ex parte motion (#126), under seal, on June 11, 2010, and good cause appearing,

 IT IS HEREBY ORDERED that Plaintiff shall serve motion (#126) upon Defendants;

 IT IS HEREBY FURTHER ORDERED that Defendants shall file a responsive pleading within 14 days of service of the motion (#126);

 IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a reply within 7 days after service of Defendants' responsive pleading. The matter will then be submitted to the Court for decision.

 IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
     Deputy Clerk