1
2
3
4
5

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

6
7
8
9
10
11
12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:08-CR-0006-LRH-RAM |
| Plaintiff, | |
| vs. | |
| DARIN JEROME FRENCH, | |
| JENNIFER LYNN FRENCH | **MOTION TO AMEND TRAVEL CONDITIONS** |
| Defendants | AND ORDER THEREON |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMES NOW, Jennifer Lynn French, 135 Russell Avenue, Susanville, California 96130, Pro Per and brings the following MOTION TO AMEND TRAVEL CONDITIONS.

Defendant was granted Pro Se Status on September 8, 2010. Defendant was also just granted her motion on October 19th to file Pre-Trial Motions. Defendant needs to travel freely within the Districts of Northern, Central and Southern California, and the District of Nevada. Defendant asks this Court to grant her request to Amend Travel Conditions to include those areas. Any further travel would be subject to Pre-Trial approval, but Defendant presently does not anticipate travel to states other than Nevada or California. Your Honor, The Government, and Pre-Trial Services is aware of Defendant's 4 small children and close family connections to Susanville, California. Defendant has abided by all Pre-Trial conditions since arrest in January 2008 and demonstrated there is no flight risk or threat to the community by granting these amended travel conditions in order for Defendant to prepare for trial set in February 2011.

Defendant has a Pre-Trial Motion deadline of November 17th, 2010 and this Motion for amended travel conditions is of urgent attention and respectfully submitted for the Court's prompt consideration.

DATED this 20th day of October, 2010.

Jennifer French

IT IS SO ORDERED

DATED this 5th day of November, 2010.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE