UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:08-CR-0006-LRH-RAM |
| Plaintiff, | |
| vs. | **MOTION TO AMEND TRAVEL CONDITIONS** |
| DARIN JEROME FRENCH, | AND ORDER THEREON |
| JENNIFER LYNN FRENCH | |
| Defendants | |

COMES NOW, Jennifer Lynn French, 135 Russell Avenue, Susanville, California 96130, Pro Per and brings the following MOTION TO AMEND TRAVEL CONDITIONS.

On November 15th, 2010, Jennifer Simone from Pre-Trial Services contacted Defendant to inform Defendant that there is an additional 4th District in California; a District of Eastern California exists along with the other three districts previously discussed with Defendant. Although, Defendant's motion implies the entire state of California **"Any further travel would be subject to Pre-Trial approval, but Defendant presently does not anticipate travel to states other than Nevada or California,"** Jennifer Simone requested Defendant file an amendment that actually states *District of Eastern California* to ensure Defendant may travel freely throughout the entire states of California and Nevada. Jennifer Simone stated to Defendant that Pre-Trial Services was in support of this amendment and would have no objections as Your Honor recently approved travel amendments on November 5, 2010 in Document No. 165.

1

## CONCLUSION

Defendant respectfully asks this Court to grant the amended Eastern California District into her travel conditions for Pre-Trial clarifications and to avoid any possible inadvertent and unintentional violation by Defendant.

Therefore, Defendant requests to travel freely in the Districts of Northern, Southern, Central and Eastern California and the District of Nevada. Any further travel would require the approval of Pre-Trial Services.

DATED this 15th day of November, 2010.

                                                                Jennifer French

IT IS SO ORDERED

DATED this 19th day of November, 2010.

                                                  LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE