UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DARIN JEROME FRENCH, and<br>JENNIFER LYNN FRENCH<br><br>　　　　Defendants. | 3:08-CR-0006-LRH-RAM<br><br>ORDER |

　　　WHEREAS the court retained the two alternate jurors over the course of the jury's deliberation upon its verdicts following the trial of the above-entitled action, and good cause appearing,

　　　IT IS HEREBY ORDERED that the alternate jurors be paid jury fees through the time of the return of the jury's verdicts in this action on February 18, 2011.

　　　IT IS SO ORDERED.

　　　DATED this 23rd day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE