UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 3:08-cr-00006-LRH-RAM |
| Plaintiff, | ) | |
| | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | July 5, 2011 |
| DARIN JEROME FRENCH and JENNIFER LYNN FRENCH, aka JENNIFER THOMAS, | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant Jennifer French's Motion to Continue Sentencing Hearing (#324)[1].  Good cause appearing,

IT IS HEREBY ORDERED that Defendant Jennifer French's Motion to Continue Sentencing Hearing (#324) is GRANTED.  The sentencing hearing shall be continued until Thursday, August 18, 2011 at 1:30 pm.

Also before the court is the Government's Motion for Status Hearing (#323).  IT IS HEREBY ORDERED that the Government's Motion for Status Hearing (#323) is DENIED as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:         /s/
                Deputy Clerk

---

[1] Refers to court's docketing number.