## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:08–cr-00006-LRH-WGC |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| JENNIFER LYNN FRENCH, | ) | March 6, 2012 |
| Defendant. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING       REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Defendant's Motion to Unseal Transcripts of Sealed Motion Hearing for Limited Purposes of Responding to Motion to Reconsider Order Denying Jennifer French a New Trial Pursuant to Federal Rule of Criminal Procedure 33 and, if a New Trial is Not Granted, for Purposes of Appeal (#348[1]).  Good cause appearing,

    Defendant's Motion to Unseal Transcripts of Sealed Motion Hearing (#348) is **GRANTED in part**. The Clerk of the Court shall grant access to counsel for Jennifer Lynn French and to counsel for the Government ONLY of the transcript of the September 7 and 8, 2010, hearing (##154, 155) SOLELY to litigate the motion to reconsider the order denying a new trial pursuant to Rule 33 and for appeal of a judgment and sentence, if such is ordered.

                                LANCE S. WILSON, CLERK

                                By:   /s/
                                           Deputy Clerk

---

[1] Refers to court's docket number.