UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JENNIFER LYNN FRENCH<br><br>      Defendant. | 3:08-CR-0006-LRH-WGC<br><br>ORDER |

The court having granted bail on appeal to defendant Jennifer French at the time of her sentencing hearing on March 26, 2012, and a notice of appeal having been timely filed on April 12, 2012 (doc. #361), and good cause appearing,

IT IS HEREBY ORDERED that the court's order authorizing self-surrender of defendant Jennifer French to the Bureau of Prisons on June 1, 2012, is hereby VACATED. Defendant French is admitted to bail pending appeal in this matter and shall be subject to all immediate past conditions of pre-trial release which have been applicable to her through the current time. In the event her appeal is unsuccessful, in whole or in part, she shall self-surrender to the United States

///

///

///

Marshal's Office in Reno, Nevada within thirty (30) days of the filing of this court's order on mandate following decision by the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED this 21st day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE