UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:08-cr-00006-LRH-WGC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| JENNIFER LYNN FRENCH, | |
| Defendant. | August 3, 2012 |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant Jennifer Lynn French's Unopposed Motion to Unseal Portions of Trial Transcripts and Hearing Transcript for Limited Purpose of Perfecting Appeal (#379)[1]. The court having reviewed the motion, and GOOD CAUSE APPEARING,

Defendant's Unopposed Motion to Unseal Portions of Trial Transcripts and Hearing Transcript for Limited Purpose of Perfecting Appeal (#379) is GRANTED. The Clerk of the Court shall unseal the indicated portions of trial transcripts and the February 13, 2009 hearing transcript for the limited purpose of perfecting Defendant's appeal.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
         Deputy Clerk

---

[1] Refers to court's docket number.