AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case                                         (NOTE: Identify Changes with Asterisks (*))
         Sheet 1

# UNITED STATES DISTRICT COURT
## District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JENNIFER LYNN FRENCH aka<br>Jennifer Thomas | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:    3:08-CR-6-LRH-WGC-2<br>USM Number:    41307-048 |

**Date of Original Judgment:** 4/2/12
(Or Date of Last Amended Judgment)

Michael Kennedy, AFPD
Defendant's Attorney

**Reason for Amendment:**
(X) Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Correction of sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

*(X) was found guilty on count(s) 19-32, 46-48, 55-57, of the Superseding Indictment filed on 4/29/09.
    After a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| *Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1341 | Mail Fraud | 8/09/04 | 19 - 32 |
| 18 U.S.C. 1343 | Wire Fraud | 7/16/04 | 46-48 & 55-57 |

    The defendant is sentenced as provided in pages 2 through  5  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

*(X) The defendant has been found not guilty on count(s) 1-18, 33, 35, 37, 40-44, 49, 50, 59, 60, 61 and 62 of the Superseding Indictment filed 4/29/09.

(X) Count(s) 34, 36, 38, 39, 45, 51-54, and 58 of the Superseding Indictment filed 4/29/09 were dismissed on the motion of the United States 2/14/11.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

           AUG 1 8 2014

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____  DEPUTY
```

3/26/12
Date of Imposition of Judgment

_[signature]_
Signature of Judge
LARRY R. HICKS, U.S.DISTRICT JUDGE
Name and Title of Judge

8/18/14
Date

Case 3:08-cr-00006-LRH-WGC   Document 414   Filed 08/18/14   Page 2 of 5

AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks (*))
        Sheet 4 - Probation

Judgment - Page __2__ of __5__

DEFENDANT:       JENNIFER LYNN FRENCH aka Jennifer Thomas
CASE NUMBER:     3:08-CR-6-LRH-WGC-2

# PROBATION

The defendant is hereby sentenced to probation for a term of: **FIVE (5) YEARS.**

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

| | |
|---|---|
| (X) | The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)* **U.S. Probation may reinstate by application to the Court if deemed necessary.** |
| (X) | The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)* |
| (X) | The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)* |
| ☐ | The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)* |
| ☐ | The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)* |

   If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant shall comply with the standard conditions that have been adopted by this court as well with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

Case 3:08-cr-00006-LRH-WGC   Document 414   Filed 08/18/14   Page 3 of 5

AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case                      (NOTE: Identify Changes with Asterisks (*))
Sheet 4A - Probation

Judgment - Page __3__ of __5__

DEFENDANT:       JENNIFER LYNN FRENCH aka Jennifer Thomas
CASE NUMBER:     3:08-CR-6-LRH-WGC-2

## ADDITIONAL PROBATION TERMS

1. <u>Possession of Weapon</u> - The defendant shall not possess, have under her control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

2. <u>Debt Obligation</u> - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts, without the approval of the probation office.

3. <u>Access to Financial Information</u> - The defendant shall provide the probation office access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which the defendant has a control or interest.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____       _____
Defendant's signature                         Date

_____       _____
Signature of the U.S. Probation Officer/Designated Witness       Date

AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case                                           (NOTE: Identify Changes with Asterisks (*))
          Sheet 5 - Criminal Monetary Penalties

Judgment - Page __4__ of __5__

DEFENDANT:        JENNIFER LYNN FRENCH aka Jennifer Thomas
CASE NUMBER:      3:08-CR-6-LRH-WGC-2

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine**   | **Restitution** |
|--------|----------------|------------|-----------------|
| TOTALS | * $ 2000.00    | $ WAIVED   | $ 207,850.00    |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| American Express Global Security<br>888 Figueroa Street, Suite 1770<br>Los Angeles, CA 90017 | | | |
| Discover Financial Services<br>P.O. Box 370685<br>Las Vegas, NV 89137 | | $207,850.00 TOTAL. Joint and Several with co-defendant Darin French up to the first $207,850.00 of his ordered Restitution of $1,503,557.99. | |
| Clerk, U.S. District Court<br>Attn: Financial Office<br>**Case No. 3:08-cr-6-LRH-WGC-2**<br>333 Las Vegas Boulevard, South<br>Las Vegas, NV 89101 | | | |

**DISBURSEMENT TO BE DETERMINED BY PROBATION.**

| TOTALS | $_____ | $ 207,850.00_____ |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

(X) The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    (X) the interest requirement is waived for the ☐ fine (X) restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case                               (NOTE: Identify Changes with Asterisks (*))
        Sheet 6- Schedule of Payments

Judgment - Page __5__ of __5__

DEFENDANT:         JENNIFER LYNN FRENCH aka Jennifer Thomas
CASE NUMBER:       3:08-CR-6-LRH-WGC-2

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

*A  (X)  Lump sum payment of $ 2000.00 due immediately, balance due

         ☐   Not later than _____, or
         ☐   in accordance  ☐ C,  ☐ D,  ☐ E, or *(X) F below; or

B   ☐   Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

*F  (X)  Special instructions regarding the payment of criminal monetary penalties:
         **Restitution is mandatory in the total amount of $207,850, jointly and severally with co-defendant Darin French, payable at the rate of no less than 10% of gross income, subject to an adjustment by the Court based upon ability to pay.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

(X)   Joint and Several

      **With co-defendant Darin French, 3:08-cr-6-LRH-WGC-1, concurrent up to the first $207,850.00 of his ordered Restitution of $1,503,557.99.**

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.