# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:08–cr-00006-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| JENNIFER LYNN FRENCH, | ) | September 9, 2014 |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE LARRY R. HICKS</u>, U.S. DISTRICT JUDGE

DEPUTY CLERK:   <u>   NONE APPEARING   </u>      REPORTER: <u>NONE APPEARING   </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                              </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Unopposed Motion to Modify Judgment (#416).  Good cause appearing,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Modify Judgment (#416) is GRANTED.

IT IS FURTHER ORDERED that the judgment in this matter shall be amended to reflect that payment of the special assessment can be made in installments over a period of time to be determined by Defendant's supervising probation officer after consideration of Defendant's financial circumstances and ability to pay.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  <u>            /s/                          </u>
                Deputy Clerk