UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:08-cr-00006-LRH-WGC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | <u>MINUTE ORDER</u> |
| | ) | |
| JENNIFER LYNN FRENCH, | ) | |
| | ) | October 28, 2014 |
| Defendant. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>   NONE APPEARING   </u>     REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>        NONE APPEARING        </u>

COUNSEL FOR DEFENDANT(S): <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant Jennifer Lynn French's Unopposed Motion to Change Caption to Reflect Post-09/26/12 Legal Name – Jennifer Lynn (#425)[1].  The court having reviewed the unopposed motion, and GOOD CAUSE APPEARING,

Defendant's  Unopposed Motion to Change Caption to Reflect Post-09/26/12 Legal Name – Jennifer Lynn (#425) is GRANTED.  The Clerk of the Court shall change the caption in this matter to reflect Defendant's legal name change.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: <u>          /s/                    </u>
              Deputy Clerk

---

[1] Refers to court's docket number.